TIMOTHY R. TREFFINGER, ESQ.
Nevada State Bar No. 12877
2350 S JONES BLVD, D2
LAS VEGAS, NV 89146
(702) 333-5594/Phone
AttorneyTreffinger@gmail.com
Attorney for Brandon McCoy

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | Case No. 2:19-cr-00020-APG-EJY |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING DATE** |
| v. | (1st Request) |
| KEVIN ANDREW MCCOY, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Allison Reese, Assistant United States Attorney, counsel for the United States of America, and Timothy Treffinger, counsel for Kevin Andrew McCoy that the Sentencing Hearing currently set for February 23, 2022 at 10:30 a.m. be vacated and continued at least forty-five (45) days, to a date and time convenient for the Court.

The Stipulation is entered into for the following reasons:

1. The Defendant has experienced a significant personal loss in the death of his fiancée, shortly before the currently set sentencing hearing.

2. The Defendant requires additional time to prepare for sentencing due to his current mental state due to this personal tragedy, including additional time to obtain mitigation materials.

3. Kevin Andrew McCoy is not incarcerated and do not object to the continuance.

4.     The parties agree to the continuance.

This is the first stipulation to continue the Sentencing Hearing filed herein.

DATED this 21st day of February 2022.

|  |  |
|---|---|
| */s/ Timothy Treffinger*<br>By_____<br>TIMOTHY TREFFINGER<br>Counsel for Kevin Andrew McCoy | CHRISTOPHER CHIOU<br>Acting United States Attorney<br><br>*/s/ Allison Reese*<br>By_____<br>ALLISON REESE<br>Assistant United States Attorney |

//

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | Case No. 2:19-cr-00020-APG-EJY |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| KEVIN ANDREW MCCOY, | |
| Defendant. | |

## **ORDER**

IT IS ORDERED that the sentencing hearing currently set for Wednesday, February 23, 2022 at 10:30 a.m be vacated and continued to April 26, 2022, at the hour of 9:30 a.m. in courtroom 6C.

DATED this 21st day of February 2022.

_____
UNITED STATES DISTRICT JUDGE

3