CHRISTOPHER CHIOU
Acting United States Attorney
District of Nevada
Nevada Bar Number 14853
ALLISON REESE
Nevada Bar Number 13977
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Email: allison.reese@usdoj.gov
*Attorneys for the United States of America*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:19-cr-00020-APG-EJY |
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING HEARING** |
| vs. | **(Second Request)** |
| KEVIN ANDREW MCCOY, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Allison Reese, Assistant United States Attorney, counsel for the United States of America, and Timothy Treffinger, counsel for Kevin Andrew McCoy, that the Sentencing Hearing currently scheduled for April 26, 2022, at 9:30 a.m., be vacated and continued for two (2) weeks, or to a date and time to be set by this Honorable Court. This Stipulation is entered into for the following reasons:

1. Government counsel has recently become sick and will be unable to attend the sentencing hearing as scheduled. Government counsel needs additional time to recover so that she can attend the sentencing hearing in person.

2. The defendant is not in custody and agrees with the need for the continuance.

1

3. The parties agree to the continuance.

4. This is the second request for a continuance of the sentencing hearing.

DATED: April 25, 2022

                                  Respectfully submitted,

                                  CHRISTOPHER CHIOU
                                  Acting United States Attorney

                                  */s/  Allison Reese*
                                  ALLISON REESE
                                  Assistant United States Attorney

                                  */s/ Timothy Treffinger*
                                  TIMOTHY TREFFINGER
                                  Counsel for Defendant Kevin McCoy

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:19-cr-00020-APG-EJY |
| Plaintiff, | **ORDER** |
| vs. | |
| KEVIN ANDREW MCCOY, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the Sentencing Hearing currently scheduled for April 26, 2022, be vacated and continued to May 25, 2022, at the hour of 10:00 a.m. in LV Courtroom 6C.

DATED this 25th day of April, 2022.

_____
HONORABLE ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE